No. 76–6514. HUDSON *v.* UNITED STATES; and

No. 76–6526. JARDAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 76–6517. CRAWFORD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6524. JAMES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–6554. DUDLEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–6556. KNOWLIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 76–6557. ALTENBURGER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–6560. FRENCH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 76–6564. RENTFROW *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–6565. GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6566. MERRIWEATHER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–6567. DAVIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 76–6576. SULLIVAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6599. WARDLAW *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 76–6601. PIZIO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.